IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:  13-cv-03243-RBJ | Date: March 18, 2014 |
| Courtroom Deputy:  Julie Dynes | Court Reporter: Kara Spitler |

| *Parties* | | *Counsel* |
|---|---|---|
| SENAYET TUFFA | KAMIRIYA JIMJIMO | *Robert M. Liechty* |
| SADIO ABDUSALEM | BERHANE KIDANE | |
| AGNES AIDOO | MAKIDA LESISO | |
| MARY BOATEMAH | ADDISALEM NIGATU | |
| AMINA BORIYO | OSHAIK OWMAR | |
| MURIDA BORIYO | MOMINA TUFA | |
| LENSSA BUBA | FIKERETE WAKJIRA | |
| ABDI CHALTU | ROBDU WALIO | |
| TIGEST DESTA | REDA WELANSA | |
| ELASABETH GETACHEW | SHEWANARGAW | |
| ZEWDINEH GIZAW | WOLDEPSEICK | |
| BANCHEAMLAK HAILU | GEZAHEGNE WOLDHUNA | |

**Plaintiff(s)**

v.

FLIGHT SERVICES & SYSTEMS INC          *Elizabeth A. Cordello via telephone*
                                        *Susan M. Stamm*

**Defendant(s)**

**COURTROOM MINUTES**

**SCHEDULING CONFERENCE**

Court in Session:  8:34 a.m.

Appearance of counsel.

Discussion held on claims and pending Motion to Dismiss.

**ORDERED:   [20] Motion to Dismiss is DENIED.**

**TEN DAY JURY TRIAL** is set for **March 9, 2015, at 9:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294 with a **TRIAL PREPARATION CONFERENCE** on **January 27, 2015, at 1:30 p.m**. in the same courtroom location.  Out of state counsel may appear by telephone at the Trial Preparation Conference.  Parties are to be prepared to discuss disputed jury instructions and any pretrial issues.

Discussion held on discovery disputes.

**The Court accepts the proposed deadlines of the parties which include:**

Deadline for joinder of parties and amendment of pleadings:  May 2, 2014.

Discovery cut-off:  September 19, 2014.

Dispositive motion deadline:  October 17, 2014.

Parties are limited to one expert per side.

Affirmative expert disclosure deadline:  July 18, 2014.

Rebuttal expert disclosure deadline:  August 15, 2014.

Defendant's answer is due by:  April 11, 2014.

Initial disclosures to be exchanged by:  April 1, 2014.

**Proposed Scheduling Order was approved and entered with interlineations made by the court.**

Court in Recess:  8:55 a.m.         Hearing concluded.         Total time in Court:  00:21